IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00807-WYD-KLM

JAYME MAESTAS,

    Plaintiff,

v.

TRIAD GROUP, INC., a Wisconsin corporation, and
H&P INDUSTRIES, INC., a Wisconsin corporation,

    Defendants.

_____

**ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on **Plaintiffs' Motion to Modify the May 9, 2011 Order to Make It Consistent with the Agreement of the Parties** [Docket No. 11; Filed May 11, 2011] (the "Motion"). The Motion pertains to my Order dated May 9, 2011, wherein, on Defendant Triad Group, Inc.'s request, I granted Defendant an extension of time to answer or otherwise respond to the Complaint [Docket No. 9]. The request purported to be unopposed. Plaintiff's counsel now informs the Court that he only agreed to give Defendant an extension of time to answer the Complaint, not to "otherwise plead." *Motion* [#11] at 1. On this basis, Plaintiff seeks modification of my prior Order.

IT IS HEREBY **ORDERED** that the Motion is **DENIED**. Essentially, Plaintiff asks the Court to reconsider my prior decision. A motion for reconsideration "is an extreme remedy to be granted in rare circumstances." *Brumark Corp. v. Samson Res. Corp.*, 57 F.3d 941, 944 (10th Cir. 1995). It is well established in the Tenth Circuit that grounds for a motion to reconsider include: "(1) an intervening change in the controlling law, (2) new evidence

previously unavailable, and (3) the need to correct clear error or prevent manifest injustice." *Servants of Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000) (citing *Brumark*, 57 F.3d at 948).

Plaintiff has provided no compelling basis for reconsideration of my prior Order. Regardless of whether Defendant's request for an extension of time to answer or otherwise plead was partially opposed, Defendant provided good cause for the extension. Furthermore, given Defendant's representation that it intends to file an answer, as opposed to another responsive pleading, this Motion is likely unnecessary [Docket No. 11-1 at 2].

Dated: May 12, 2011

BY THE COURT:

  s/ Kristen L. Mix  
Kristen L. Mix
United States Magistrate Judge