IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00807-WYD-KLM

JAYME MAESTAS,

    Plaintiff,

v.

TRIAD GROUP, INC., a Wisconsin corporation, and
H&P INDUSTRIES, INC., a Wisconsin corporation,

    Defendants.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Joint Motion and Stipulation for Protective Order** [Docket No. 31; Filed November 15, 2011] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED** as follows. The proposed "Stipulation for Protective Order" and "Stipulated Order Preserving Confidentiality of Plaintiff's Medical Records and Information" are approved with interlineations and entered contemporaneously with this Minute Order.

Dated: November 16, 2011