IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00807-WYD-KLM

JAYME MAESTAS,

Plaintiff,

v.

TRIAD GROUP, INC., a Wisconsin corporation, and
H&P INDUSTRIES, INC., a Wisconsin corporation

Defendants.

## STIPULATED ORDER PRESERVING CONFIDENTIALITY OF PLAINTIFF'S MEDICAL RECORDS AND INFORMATION

THIS MATTER came before the Court upon the stipulation of the parties to provide for confidentiality of the Plaintiff's medical records and other personal information made available by Plaintiff during discovery. The parties stipulate and the Court hereby orders as follows:

1.  Plaintiff's medical records, employment records and school records, which are disclosed during discovery in this matter are confidential and shall be maintained as such.

2.  Defendants and attorneys for Defendants shall keep and maintain the confidentiality of Plaintiff's medical records, employment records and school records and, except as provided for herein, shall not disclose those records or any information contained in them to third parties or to any person or company who is not a party to this case. Attorneys for Defendants may disclose Plaintiff's medical records to medical consultants for the purpose of an independent medical examination (IME) or records

review subject to the restrictions in this stipulated Order. Attorneys for Defendants may also disclose Plaintiff's medical records, employment records and school records to experts retained by Defendants subject, however, to the restrictions in this stipulated Order.

3. Defendants, Defendants' attorneys and agents of Defendants and Defendants' attorneys are specifically prohibited from inputting any of the Plaintiffs' medical records, employment records and school records into any database maintained or otherwise accessible by any insurance company. Defendants' attorneys are permitted to input Plaintiff's medical records into a database maintained by their law firm for purposes of defending this lawsuit. Defendants are permitted to disclose Plaintiff's medical records, employment records and school records to their insurance carrier (Chubb) as reasonably necessary to evaluate this claim, but the records shall not be made accessible beyond the adjustor(s) assigned to this case and those within Chubb working on this case. Defendants, Defendants' attorneys and Chubb shall only use Plaintiff's medical records, employment records and school records for purposes of adjusting and/or defending this claim.

4. Defendants shall not disclose any of Plaintiff's medical records, employment records or school records to any medical consultant or to any expert retained by Defendants until such expert first executes a written acknowledgement of this protective order in the form attached hereto as Exhibit A and agrees to be bound thereby.

5. Within sixty (60) days of the Court's entry of order of dismissal, counsel for

Defendants shall certify to Plaintiff's counsel, in writing, that all copies of medical records, employment records and school records subject to this Order and in the possession of that party and that party's attorneys, agents, insurance carriers, consultants or experts, have been destroyed or returned to Plaintiff's counsel and, in the case of electronically stored copies, have been permanently deleted.

6. In the event any medical, employment or school information is subpoenaed by any person or entity other than Plaintiff, Defendant and attorney for Defendant shall inform Plaintiff's counsel of such subpoena to allow Plaintiff to assert a claim of confidentiality for the Plaintiff's medical, employment or school records, unless the subpoena is accompanied by or later supplemented with an express written consent or authorization of the Plaintiff to the release of such records. If Plaintiff files objections to said subpoena with the Court, neither Defendant nor attorney for Defendant shall release such records unless ordered to disclose them by a court of competent jurisdiction.

7. This Court shall have continuing jurisdiction over the subject matter of this Order after the dismissal of this action.

8. Defendants shall maintain a list of all persons to whom confidential and protected information is disclosed pursuant to this stipulated Order, and said list shall be made available for inspection by the Court upon request of the Court.

_____
Honorable
United States ~~District Court~~ Judge
        Magistrate
KRISTEN L. MIX
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

3

1607336-EA1

**Approved as to form:**

*s/ Paul J. Komyatte*
Counsel for Plaintiff


*s/ Monica K. Gould*
Counsel for Triad Group Inc. and
H&P Industries, Inc.

# Exhibit A

## EXHIBIT A

### ACKNOWLEDGEMENT OF AND AGREEMENT TO BE BOUND BY THE STIPULATED ORDER PRESERVING CONFIDENTIALITY OF PLAINTIFFS' MEDICAL RECORDS AND INFORMATION

I have read and agree to comply with, follow and be bound by the Stipulated Order Preserving Confidentiality of Plaintiff's Medical Records and Information entered in this case and to which this Exhibit A (Acknowledgement and Agreement to be Bound) is attached. I agree to submit myself to the jurisdiction of the Court for purpose of enforcement of the Stipulated Order Preserving Confidentiality of Plaintiff's Medical Records and Information.

_____

Dated: _____

2

1607336-EA1