IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00807-WYD-KLM

JAYME MAESTAS,

    Plaintiff,

v.

TRIAD GROUP, INC., a Wisconsin corporation, and
H&P INDUSTRIES, INC., a Wisconsin corporation,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Stipulated Motion to Temporarily Stay Deadlines Pending the Global Mediation Scheduled for January 11 and 12, 2012** [Docket No. 36; Filed November 29, 2011] (the "Motion").  For good cause shown,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  This matter is temporarily **STAYED** through **January 19, 2012**.

    IT IS FURTHER **ORDERED** that the parties shall file a Joint Status Report regarding the outcome of the global mediation and any proposed rescheduling of deadlines on or before **January 19, 2012**.

    Dated:  November 30, 2011