IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00807-WYD-KLM

JAYME MAESTAS,

    Plaintiff,

v.

TRIAD GROUP, INC., a Wisconsin corporation, and
H&P INDUSTRIES, INC., a Wisconsin corporation,

    Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Uncontested Motion for Leave to File First Amended Complaint** [Docket No. 44; Filed March 2, 2012] (the "Motion"). The Scheduling Order entered September 8, 2011, set the original amendment deadline as November 30, 2011. [#26] at 10. On November 30, 2011, the Court granted a stipulated motion to temporarily stay this matter pending mediation, and entered a stay which expired on January 19, 2012. [## 38, 39]. After the parties filed a joint status report on January 19, 2012, the Court lifted the temporary stay and set a deadline for the filing of a motion for leave to file an amended complaint as February 2, 2012 [#40]. The parties requested an extension of this deadline on February 1, 2012, which the Court granted, resetting the deadline to March 2, 2012 [#43]. The Motion is thus timely filed. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Clerk of Court is directed to enter the Amended Complaint located at Docket No. 44-1, effective as of the date of this Minute Order.

    Dated: March 5, 2012