IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-00807-WYD-KLM

JAYME MAESTAS,

    Plaintiff,

v.

TRIAD GROUP, INC., a Wisconsin corporation;
H&P INDUSTRIES, INC., a Wisconsin corporation;
CVS CAREMARK CORPORATION, a Delaware corporation;
BAYER HEALTHCARE PHARMACEUTICALS, INC., a Delaware corporation;
BAYER SCHERING PHARMA AG, a foreign corporation;
TUDOR CONVERTED PRODUCTS, INC., a New York corporation; and
STERIS CORPORATION, an Ohio corporation,

    Defendants.

## ORDER DISMISSING PARTIES

THIS MATTER is before the Court on the parties' Stipulation of Dismissal With Prejudice To Be Effective Within Fourteen (14) Days, filed March 2, 2012 [ECF No. 46]. Upon review of the stipulation and the file herein, it is hereby **ORDERED** that all claims and causes of action asserted in this action against Defendants Triad Group, Inc. and H&P Industries, Inc., are hereby **DISMISSED WITH PREJUDICE**.  Each party is responsible for their or its own attorneys' fees and costs.

    Dated:  March 19, 2012

                              BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge