IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00807-WYD-KLM

JAYME MAESTAS,

    Plaintiff,

v.

CVS CAREMARK CORPORATION, a Delaware corporation,
BAYER HEALTHCARE PHARMACEUTICALS, INC., a Delaware corporation,
BAYER SCHERING PHARMA AG, a foreign corporation, and
TUDOR CONVERTED PRODUCTS, INC., a New York corporation,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Leave to File Second Amended Complaint** [Docket No.72; Filed September 20, 2012] (the "Motion").  Plaintiff seeks leave to amend to add Steris Inc. as a defendant.  In the First Amended Complaint [#48] Plaintiff mistakenly named Steris Corporation as a defendant instead of Steris Inc., the correct name of the organization. Steris Corporation was recently dismissed pursuant to a Stipulation [#68].  The Motion states that Plaintiff has been in touch with counsel for Steris Inc. and anticipates entering settlement negotiations as soon as the Second Amended Complaint is filed, and that Steris Inc. will waive formal service of process.

    According to Plaintiff, the only difference between the proposed Second Amended Complaint [#72-1] and the First Amended Complaint [#48] is the change from Steris Corporation to Steris, Inc.  Since Plaintiff filed the First Amended Complaint, however, two other defendants, Triad Group, Inc. and H&P Industries, Inc., have been dismissed with prejudice. [#49]. Thus, unless Plaintiff intends to reinstate claims against those defendants, any proposed Second Amended Complaint should not include them.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#72] is **DENIED WITHOUT PREJUDICE**.

    Dated:  September 21, 2012