IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00807-WYD-KLM

JAYME MAESTAS,

    Plaintiff,

v.

TRIAD GROUP, INC., a Wisconsin corporation;
H&P INDUSTRIES, INC., a Wisconsin corporation;
CVS CAREMARK CORPORATION, a Delaware corporation;
BAYER HEALTHCARE PHARMACEUTICALS, INC., a Delaware corporation;
BAYER SCHERING PHARMA AG, a foreign corporation;
TUDOR CONVERTED PRODUCTS, INC., a New York corporation; and
STERIS CORPORATION, an Ohio corporation,

    Defendants.

## ORDER DISMISSING DEFENDANTS AND CLOSING CASE

THIS MATTER is before the Court on Plaintiff's Stipulation for Dismissal With Prejudice. [DE-78].  Plaintiff seeks to dismiss this case with prejudice as to certain Defendants.  Plaintiff, however, was Ordered to file dismissal paperwork as to these Defendants and Defendant Tudor Converted Products, Inc.  [DE-76].  Plaintiff failed to file the dismissal paperwork as to Defendant Tudor.  Accordingly, it is

ORDERED THAT Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Schering Pharma AG, now known as Bayer Pharma AG, and CVS Caremark Corporation are DISMISSED WITH PREJUDICE from this action.  Each party to bear their own costs and attorneys' fees.  It is

FURTHER ORDERED that Defendant Tudor Converted Products, Inc. is DISMISSED WITHOUT PREJUDICE based on the prior representations of counsel. It is

FURTHER ORDERED that all pending motions are DENIED AS MOOT and this case is CLOSED.

Dated: November 29, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE